1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone:  (559) 497-4000



FILED

NOV 1 0 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:11CR 00391 LJO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. |
| )  Plaintiff, ) | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. ) | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| DORIAN JONES, ET AL. ) | CRIMINAL PROCEDURE |
| Defendants. ) | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 10, 2011, charging the above defendants with a violation of Title 21, United States Code, Sections 841(a)(1), 841(b))(1)(C) and 18 U.S.C. § 2 Distribution of Cocaine Base and Aiding and Abetting, and other charges be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall

disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: November 10, 2011                Respectfully submitted,

BENJAMIN B. WAGNER
Acting United States Attorney

By: /s/ Elana S. Landau
ELANA S. LANDAU
Assistant U.S. Attorney

IT IS SO ORDERED this 10 day of November, 2011

_____
U.S. Magistrate Judge